# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Hull v. U.S. ............... | 15–CM–1431 | 08/30/2017 | Affirmed | Lopez |
| Condray v. U.S. ........... | 14–CF–1431, 16–CO–349 | 08/29/2017 | Affirmed | Beck |
| Freeman v. D.C. ........... | 15–CT–1141 | 08/29/2017 | Affirmed | Morin |
| J.R., In re ................ | 15–FS–1331 | 08/28/2017 | Affirmed | Dayson |
| Naraghi v. Kim ............ | 16–FM–334 | 08/23/2017 | Vacated and Remanded | Okun |
| Williams v. U.S. ........... | 16–CM–134 | 08/22/2017 | Affirmed | Winston |
| Winslow v. U.S. ........... | 15–CM–330, 15–CM–617 | 08/22/2017 | Affirmed | Saddler |
| Davis v. U.S. .............. | 16–CM–406 | 08/17/2017 | Affirmed | Mitchell-Rankin |
| Johnson v. U.S. ........... | 16–CM–497 | 08/17/2017 | Affirmed | Nooter |
| K.B., In re ................ | 15–FS–1423 | 08/17/2017 | Affirmed | Parker, Dayson |
| Brown v. U.S. ............. | 16–CF–698 | 08/15/2017 | Remanded | Salerno |
| Bobbitt v. U.S. ............ | 16–CO–798 | 08/15/2017 | Affirmed | Canan |
| Malo v. D.C. .............. | 14–CT–1336 | 08/15/2017 | Affirmed in part, Reversed in part | Josey-Herring |
| Simpkins v. U.S. ........... | 14–CO–1173 | 08/14/2017 | Affirmed | Keary |
| Jackson v. U.S. ............ | 16–CF–168 | 08/14/2017 | Affirmed | Bayly, Jr. |
| Void v. Void .............. | 16–FM–527 | 08/14/2017 | Affirmed | Smith |
| Turner v. U.S. ............. | 12–CM–2027 | 08/14/2017 | Affirmed | Morrison, III |
| Jackson v. D.C. ........... | 15–CV–1234 | 08/14/2017 | Affirmed | O'Keefe |
| Mills v. U.S. .............. | 16–CM–169 | 08/14/2017 | Remanded | Jackson |